# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135235

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCO NICOLAIDES,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135235
COA: 271804
Oakland CC: 2006-207215-FH

On order of the Court, the application for leave to appeal the September 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

l0114